■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANTZ APOLLON, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J., at trial and sentence; Norman Fitzer, J., at suppression hearing), rendered on July 8, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Ross, Carro, Silverman and Lynch, JJ.